IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY J. KAWCZYNSKI,

    Plaintiff,

v.

RITCHIE LAKELAND OIL CO.,
JOE RITCHIE and THE DEPARTMENT OF
NATURAL RESOURCES,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-937-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Wisconsin Department of Natural Resources, Ritchie Lakeland Oil Co. and Joe Ritchie granting their motions to dismiss this case.

By: [signature], Deputy Clerk      4-12-2013

Peter Oppeneer, Clerk of Court      Date